UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:13-cv-03438-SVW-MAN | Date | September 23, 2013 |
|---|---|---|---|
| Title | Casey Blotzer v. Acurian Inc et al | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | Deborah Gackle | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Arvin Ratanavongse | Taylor C. Day |
| | Joseph Duffy |

**Proceedings:**   [13]   MOTION to Dismiss Case Plaintiff's First Amended Complaint filed by Defendant Acurian Inc.

Hearing held. The motion is denied.

|  | : | 21 |
|---|---|---|
|  | Initials of Preparer | PMC |