Kazerouni Law Group
472 S. Glassel St
Orange, CA 92866

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASEY BLOTZER, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ACURIAN, INC., and DOES 1 through 10, inclusive, and each of them,<br><br>Defendants. | Case No.: 13-CV-03438-SVW-MAN<br><br>**ORDER CONTINUING TRIAL, THE PRETRIAL CONFERENCE AND ALL RELATED DATES** |

**ORDER CONTINUING TRIAL AND THE PRETRIAL CONFERENCE**

Pursuant to the Stipulation of the parties dated November 03, 2013, and for good cause, **IT IS HEREBY ORDERED** that:

1. Trial is Continued from January 21, 2014 to ~~May 20, 2014~~ April 22, 2014 at 9:00 a.m.; and

2. The pretrial conference is continued from January 13, 2014 to ~~May 12, 2014~~ April 14, 2014 at 3:00 p.m.

Dated: November 6, 2013

Honorable Stephen V. Wilson

PAGE 1 OF 1