```
Todd M. Friedman (216752)
Nicholas J. Bontrager (252114)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr. #415
Beverly Hills, CA 90211
Phone: (877) 206-4741
Fax: (866)633-0228
tfriedman@attorneysforconsumers.com
nbontrager@attorneysforconsumers.com
Attorney for Plaintiff
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASEY BLOTZER, on behalf of herself and all others similarly situated<br>  Plaintiff,<br><br>  vs.<br><br>ACURIAN, INC., et al.,<br>  Defendants. | Case No. 2:13-cv-03438-SVW-MAN<br><br>**CLASS ACTION**<br><br>**NOTICE OF SETTLEMENT**<br><br>**Hon. Stephen V. Wilson** |

NOW COMES THE PLAINTIFF by and through her attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court allow sixty (60) days with which to file dispositive documentation. A Joint Stipulation for Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 14th day of February, 2014.

By: s/Todd M. Friedman
TODD M. FRIEDMAN
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

Notice of Settlement - 1

1  Filed electronically on this 14th day of February, 2014, with:

2
3  United States District Court CM/ECF system

4  Notification sent electronically via the Court's ECF system to:

5
6  Honorable Stephen V. Wilson
   United States District Court
7  Central District of California

8  Stephen Turner
9  Larissa Nefulda
   Lewis Brisbois Bisgaard & Smith, LLP
10 Attorney for Defendant

11
12 This 14th day of February, 2014.

13 s/Todd M. Friedman
14 Todd M. Friedman

15

16

17

18

19

20

21

22

23

24

25

26

27

28