# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASEY BLOTZER, on behalf of herself and all others similarly situated<br>　　　　Plaintiff,<br><br>　　vs.<br><br>ACURIAN, INC., et al.,<br>　　　　Defendants. | Case No. 2:13-cv-03438-SVW-MAN<br><br>**ORDER**<br><br>JS - 6 |

   IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss Plaintiff's individual claims with prejudice and the putative class claims without prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and fees.

   　　　　　　　　　　　　Dated this 8th day of April, 2014.

   　　　　　　　　　　　　_____
   　　　　　　　　　　　　The Honorable Stephen V. Wilson